No. 87–5326. KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5339. MASSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5342. NEALY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–5358. SAULSBERRY v. BARKSDALE, SHERIFF OF SHELBY COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–5368. BARCO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–5372. NOVACHICH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–5386. PARKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–5395. MUNOZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–5397. SILVA-PIEDRAHITA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–1170. MCKINNEY v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgment of conviction.

No. 86–1470. CROWLEY ET AL. v. SHULTZ, SECRETARY OF STATE, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 86–1871. NATIONAL FUEL GAS SUPPLY CORP. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.